**FILED**

Apr 02 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN JOSE

**CR 24-00197-PCP**          CR24-00197 PCP

UNITED STATES OF AMERICA,

V.

ZIXIANG HOU, YUEMING LIN, and HUIJUN SUN

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1543 – False Use of Passport;
18 U.S.C. § 1014 – False Statement to a Bank;
18 U.S.C. § 982 – Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

_Foreman_

Filed in open court this __2nd__ day of __April 2024__.

S. Ybarra
_Clerk_

Bail, $ __Warrant__

Hon. Alex G. Tse, U.S. Magistrate Judge

```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
```

FILED

Apr 02 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIXIANG HOU, YUEMING LIN, and HUIJUN SUN,<br><br>    Defendants. | CASE NO. CR24-00197 PCP<br><br>VIOLATIONS:<br>18 U.S.C. § 1543 – False Use of Passport;<br>18 U.S.C. § 1014 – False Statement to a Bank;<br>18 U.S.C. § 982 – Forfeiture Allegation<br><br>SAN JOSE VENUE |

## I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 1543 – False Use of Passport)

On or about October 30, 2023, in the Northern District of California, the defendant,

ZIXIANG HOU,

willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport purporting to be a passport from China, in that HOU presented the said passport bearing the name "Weiqing Zhu" to open bank accounts with account numbers ending in -9177 and -7958 at J.P. Morgan Chase (JPMC) Bank, in violation of Title 18, United States Code, Section 1543.

//

//

INDICTMENT

1 COUNT TWO: (18 U.S.C. § 1543 – False Use of Passport)

2 On or about November 1, 2023, in the Northern District of California, the defendant,

3 YUEMING LIN,

4 willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport

5 purporting to be a passport from China, in that LIN presented the said passport bearing the name

6 "Jingwen Zou" to open a bank account with account number ending in -0717 at Bank of America, in

7 violation of Title 18, United States Code, Section 1543.

8 COUNT THREE: (18 U.S.C. § 1543 – False Use of Passport)

9 On or about October 26, 2023, in the Northern District of California, the defendant,

10 HUIJUN SUN,

11 willfully and knowingly used and attempted to use a false, forged, counterfeited, and altered passport

12 purporting to be a passport from China, in that SUN presented the said passport bearing the name "Yijin

13 Zhang" to open a bank account with account number ending in -9519 at Bank of America, in violation

14 of Title 18, United States Code, Section 1543.

15 COUNT FOUR: (18 U.S.C. § 1014 – False Statement to a Bank)

16 On or about February 3, 2023, in the Northern District of California, the defendant,

17 ZIXIANG HOU,

18 knowingly made false statements for the purpose of influencing the actions of Bank of America, an

19 FDIC-insured bank, in connection with his withdrawal of money from the account of "Zhen Zhou", in

20 that HOU falsely represented to Bank of America his identity as "Zhen Zhou" when, in truth and in fact,

21 as HOU knew, HOU is not "Zhen Zhou", in violation of Title 18, United States Code, Section 1014.

22 COUNT FIVE: (18 U.S.C. § 1014 – False Statement to a Bank)

23 On or about May 31, 2023, in the Northern District of California, the defendant,

24 YUEMING LIN,

25 knowingly made false statements for the purpose of influencing the actions of Bank of America, an

26 FDIC-insured bank, in connection with her withdrawal of money from the account of "Wen Huang", in

27 that LIN falsely represented to Bank of America her identity as "Wen Huang" when, in truth and in fact,

28 as LIN knew, LIN is not "Wen Huang", in violation of Title 18, United States Code, Section 1014.

INDICTMENT                                            2

1  COUNT SIX: (18 U.S.C. § 1014 – False Statement to a Bank)

2   On or about January 5, 2023, in the Northern District of California, the defendant,

3   HUIJUN SUN,

4  knowingly made false statements for the purpose of influencing the actions of Bank of America, an

5  FDIC-insured bank, in connection with his withdrawal of money from the account of "Qiusheng Wang",

6  in that SUN falsely represented to Bank of America his identity as "Qiusheng Wang" when, in truth and

7  in fact, as SUN knew, SUN is not "Qiusheng Wang", in violation of Title 18, United States Code,

8  Section 1014.

9  FORFEITURE ALLEGATION:   (18 U.S.C. § 982)

10   The allegations contained in this Indictment are re-alleged and incorporated by reference for the

11  purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982.

12   Upon conviction of an offense in violation of Title 18, United States Code, Section 1543, the

13  defendants,

14   ZIXIANG HOU,
     YUEMING LIN, and
15   HUIJUN SUN,

16  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6), any

17  conveyance used in the commission of the offense, and any property, real or personal, that constitutes or

18  is derived from or is traceable to proceeds obtained directly or indirectly from the offense, and any

19  property, real or personal, that is used to facilitate or is intended to be used to facilitate the commission

20  of the offense, and including but not limited to a forfeiture money judgment.

21   Upon conviction of an offense in violation of Title 18, United States Code, Section 1014, the

22  defendants,

23   ZIXIANG HOU,
     YUEMING LIN, and
24   HUIJUN SUN,

25  shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any

26  property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a

27  result of the violation, and including but not limited to a forfeiture money judgment.

28   If any of the property described above, as a result of any act or omission of the defendants:

INDICTMENT                                3

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 982, Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: April 2, 2024                                          A TRUE BILL.


*/s/ Foreperson*
FOREPERSON
San Francisco, CA

ISMAIL J. RAMSEY
United States Attorney


*/s/ Christine Chen*
CHRISTINE CHEN
Special Assistant United States Attorney
WENDY GARBERS
Assistant United States Attorney

INDICTMENT                                          4

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1543 – False Use of Passport;
18 U.S.C. § 1014 – False Statement to a Bank;
18 U.S.C. § 982 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See attached penalty sheet

### DEFENDANT - U.S
▶ ZIXIANG HOU

**DISTRICT COURT NUMBER**
CR24-00197 PCP

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from _____

**FILED**
Apr 02 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI Special Agent David Peacock

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO. _____

**Name and Office of Person Furnishing Information on this form**    ISMAIL J. RAMSEY
☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    Christine Chen

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    **Bail Amount:** No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:** _____

**Date/Time:** _____    **Before Judge:** _____

**Comments:**

## ATTACHMENT REGARDING MAXIMUM PENALTIES

**Maximum Penalties:**

*18 U.S.C. § 1543 – False Use of Passport*

| | |
|---|---|
| Imprisonment: | 10 years (§ 1543) |
| Fine: | $250,000 (§ 3571(b)(3)) |
| Supervised Release: | 3 years (§ 3583(b)(2)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits

*18 U.S.C. § 1014 – False Statement to a Bank*

| | |
|---|---|
| Imprisonment: | 30 years (§ 1014) |
| Fine: | $1,000,000 (§ 1014) |
| Supervised Release: | 5 years (§ 3583(b)(1)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

## OFFENSE CHARGED

- 18 U.S.C. § 1543 – False Use of Passport;
- 18 U.S.C. § 1014 – False Statement to a Bank;
- 18 U.S.C. § 982 – Forfeiture Allegation

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**PENALTY:** See attached penalty sheet

## DEFENDANT - U.S

**YUEMING LIN**

**DISTRICT COURT NUMBER:** CR24-00197 PCP

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any):** FBI Special Agent David Peacock

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**Name and Office of Person Furnishing Information on this form:** ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** Christine Chen

## DEFENDANT

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from _____

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed ▶ _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

**FILED**
Apr 02 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   **Bail Amount:** No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:** _____

**Date/Time:** _____   **Before Judge:** _____

**Comments:**

# ATTACHMENT REGARDING MAXIMUM PENALTIES

**Maximum Penalties:**

*18 U.S.C. § 1543 – False Use of Passport*

| | |
|---|---|
| Imprisonment: | 10 years (§ 1543) |
| Fine: | $250,000 (§ 3571(b)(3)) |
| Supervised Release: | 3 years (§ 3583(b)(2)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits

*18 U.S.C. § 1014 – False Statement to a Bank*

| | |
|---|---|
| Imprisonment: | 30 years (§ 1014) |
| Fine: | $1,000,000 (§ 1014) |
| Supervised Release: | 5 years (§ 3583(b)(1)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE DIVISION |
| **OFFENSE CHARGED**<br>18 U.S.C. § 1543 – False Use of Passport;<br>18 U.S.C. § 1014 – False Statement to a Bank;<br>18 U.S.C. § 982 – Forfeiture Allegation<br><br>☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☒ Felony<br><br>PENALTY: See attached penalty sheet | **DEFENDANT - U.S**<br>▶ HUIJUN SUN<br><br>DISTRICT COURT NUMBER<br>CR24-00197 PCP |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (& Title, if any)<br>FBI Special Agent David Peacock<br><br>☐ person is awaiting trial in another Federal or State Court, give name of court<br><br>☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>   ☐ U.S. ATTORNEY   ☐ DEFENSE<br>}  SHOW DOCKET NO.<br><br>☐ this prosecution relates to a pending case involving this same defendant<br><br>☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under<br>} MAGISTRATE CASE NO.<br><br>Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY<br>☒ U.S. Attorney   ☐ Other U.S. Agency<br><br>Name of Assistant U.S. Attorney (if assigned): Christine Chen | **DEFENDANT**<br>**IS NOT IN CUSTODY**<br>Has not been arrested, pending outcome this proceeding.<br>1) ☒ If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**FILED**<br>Apr 02 2024<br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO<br><br>**IS IN CUSTODY**<br>4) ☐ On this charge<br>5) ☐ On another conviction     } ☐ Federal ☐ State<br>6) ☐ Awaiting trial on other charges<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed<br>**DATE OF ARREST** ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year<br><br>☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** | |
| PROCESS:<br>☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT<br>If Summons, complete following:<br>☐ Arraignment  ☐ Initial Appearance<br>Defendant Address: | Bail Amount: No bail<br><br>* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br><br>Date/Time:          Before Judge:<br><br>Comments: |

## ATTACHMENT REGARDING MAXIMUM PENALTIES

**Maximum Penalties:**

*18 U.S.C. § 1543 – False Use of Passport*

| | |
|---|---|
| Imprisonment: | 10 years (§ 1543) |
| Fine: | $250,000 (§ 3571(b)(3)) |
| Supervised Release: | 3 years (§ 3583(b)(2)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits

*18 U.S.C. § 1014 – False Statement to a Bank*

| | |
|---|---|
| Imprisonment: | 30 years (§ 1014) |
| Fine: | $1,000,000 (§ 1014) |
| Supervised Release: | 5 years (§ 3583(b)(1)) |
| Special Assessment: | $100 (§ 3013(a)(2)(A)) |

Forfeiture, Deportation, Denial of Federal Benefits